# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Antonio Montero
Mad. CC - Bldg. 3, Dorm - D DOC No. 17919
158 Treatment Plant Road
Tallulah LA 71282

**REHEARING ACTION: March 27, 2013**

**Docket Number: 12   01428-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ANTONIO MONTERO**

**Writ Application from Calcasieu Parish Case No. 07-16918**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Phyllis M. Keaty**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Antonio Montero** has this day been

    **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent